FILED

August 20, 2025

CLERK, US DSITRICT COURT
EASTERN DISTRICT OF
CALIFORNIA

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

              Plaintiff,

    v.

AHSAN NAEEM

              Defendant.

Case No.  2:25-mj-00113-SCR-2

**ORDER FOR RELEASE OF
PERSON IN CUSTODY**

TO:    UNITED STATES MARSHAL:

    This is to authorize and direct you to release Ashan Naeem Case No.  2:25-mj-00113-SCR-2  Charges 21 USC § 841(a)(1) from custody for the following reasons:

      _____  Release on Personal Recognizance

      _____  Bail Posted in the Sum of $ _____

       X    Unsecured Appearance Bond $   50,000.00

      _____  Appearance Bond with 10% Deposit

      _____  Appearance Bond with Surety

      _____  Corporate Surety Bail Bond

       X    (Other):  .Defendant to be released at 8:00 AM on 8/22/2025 to Fred Scoville.

    Issued at Sacramento, California on August 20,2025 at 2:35 PM

              By:   /s/ Carolyn K. Delaney

                     Chief Magistrate Judge Carolyn K. Delaney